RUTH PUGH, PETITIONER-RESPONDENT, v. EASTWOOD NEALLEY CORPORATION, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Messrs. Harry and George G. Cohn* for the respondent.

May 24, 1965. Denied.

EDDIE THOMAS, PETITIONER-PETITIONER, v. ALUMINUM COMPANY OF AMERICA, RESPONDENT-RESPONDENT.

*Mr. Samuel E. Bass* for the petitioner.

*Messrs. James & Addas* for the respondent.

May 24, 1965. Denied.